IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:19 CR 497 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| MELVIN STEWART, | ) | Section 922(g)(1)) and 924(a)(2) |
| | ) | |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)) and 924(a)(2))

The Grand Jury charges:

On or about June 6, 2019, in the Northern District of Ohio, Eastern Division, Defendant MELVIN STEWART, knowing he had previously been convicted of a crime punishable by imprisonment for terms exceeding one year, that being: Felon in Possession of a Firearm, on or about March 15, 2015, in Case Number 1:14-cr-00315-PAG, in United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce ammunition, to wit: four (4) rounds of ammunition bearing headstamp FC9mm; one (1) round of ammunition bearing headstamp WMA18; and one (1) round of ammunition bearing headstamp CBC 9mm LUGER, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.